UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Surefox North America Inc.,<br>Surefox Consulting LLC, and<br>Xenture Inc., | Civ. No. 24-4492 (PAM/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| Wyatt Huls and Vigilant North, LLC, | |
| Defendants. | |

This matter is before the Court on Defendants' request for an extension of the word-count limit for their reply memorandum in support of their Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement. Defendants seek an additional 500 words, contending that Plaintiffs' Memorandum in Opposition requires a lengthier reply than that contemplated by the Local Rules. See D. Minn. L. R. 7.1(f)(1)(D). Plaintiffs do not oppose the request.

Accordingly, **IT IS HEREBY ORDERED that** Defendants' letter request (Docket No. 72) is **GRANTED** and Defendants' submissions may not exceed 12,500 words.

Dated: May 29, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge